```
LAW OFFICE OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar #000421
ANTONY V. SORRENTINO, ESQ.
Nevada Bar #000420
1118 E. CARSON AVENUE
LAS VEGAS, NEVADA 89101
Phone (702) 384-6824
```



RECEIVED AND FILED
MAY 11 1998 CJ6
1998 MAY 11 A 10: 50
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re                           )
                                )
                                )    Chapter 13
ALTHA O. SMITH                  )    BK-S-98-21189-RCJ
                                )    AMENDMENT TO BANKRUPTCY
         Debtor(s)              )    PETITION
                                )

THE FOLLOWING MARKED ITEMS HAVE BEEN AMENDED IN THE ABOVE-NAMED BANKRUPTCY PROCEEDING.

( )    CREDITORS HAVE BEEN ADDED TO SCHEDULE D.
       $ 20.00 IS ATTACHED FOR ADDING NEW CREDITORS.

(XXX)  NO NEW CREDITORS ARE BEING ADDED TO SCHEDULES.

( )    DOCUMENTS MISSING FROM ORIGINAL FILING.

( )    DOCUMENTS MISSING FROM ORIGINAL FILING, ADDING CREDITORS.

( )    ACCOUNT NUMBERS HAVE BEEN ADDED TO SCHEDULE_____.

( )    CASE HAS BEEN CONVERTED AND NEW PETITION IS ATTACHED.

( )    SUPPLEMENTAL MAILING LIST IS ATTACHED (NAME AND ADDRESS OF ONLY NEW CREDITOR(S) SHOULD BE ON THIS LIST.)

(XXX)  OTHER: AMENDED SUMMARY OF SCHEDULES AND SCHEDULES I & J.

DATED: May _11_, 1998

                                    _____
                                    ATTORNEY/DEBTOR
                                    Frank Sorrentino, Esq.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NEVADA DISTRICT OF NEVADA

In re  *Altha O. Smith*  /  Debtor

Case No.
Chapter *13*

Attorney for Debtor: Frank Sorrentino

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 90,000.00 | | |
| B - Personal Property | Yes | 3 | $ 68,721.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 1 | | $ 95,200.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 29,768.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,460.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,147.00 |

Total Number of sheets in ALL Schedules >  14

Total Assets > $   158,721.00

Total Liabilities > $   124,968.83

In re: *Altha O. Smith* _____/ Debtor      Case No.

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Divorced*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| Eli Nelson | 15 | Son |
| Loy Smith | 13 | Son |
| Caleb Smith | 11 | Son |

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | Customer Service Rep. | |
| Name of Employer: | Leavitt Insurance | |
| How Long Employed: | 12 years | |
| Employer Address: | P. O. Box 15380 | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 2,576.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 2,576.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 379.00 | $ |
| b. Insurance | $ 12.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other: | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 391.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,185.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 775.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 500.00 | $ |
| Social security or other government assistance | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 3,460.00 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ 3,460.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
   NONE

Schedule I-Current Income Page 1 of 1

In re: *Altha O. Smith*_____/ Debtor      Case No.

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 825.00 |
| Are real estate taxes included?  Yes___  No x | |
| Is property insurance included?  Yes___  No x | |
| Utilities: Electricity and heating fuel | $ 175.00 |
|     Water and sewer | $ 50.00 |
|     Telephone | $ 75.00 |
|     Other Disposal Service | $ 15.00 |
|       Cable Service | $ 31.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 653.00 |
| Clothing | $ 100.00 |
| Laundry and Dry cleaning | $ 50.00 |
| Medical and Dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 150.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 100.00 |
| Other House in Utah | $ 745.00 |
|     Realtor | $ 78.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,147.00 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | |
|---|---:|
| A. Total projected monthly income | $ 3,460.00 |
| B. Total projected monthly expenses | $ 3,147.00 |
| C. Excess income (A minus B) | $ 313.00 |
| D. Total amount to be paid into plan Monthly | $ 313.00 |

Schedule J-Current Expenditures Page 1 of 1