LAW OFFICE OF FRANK SORRENTINO.
FRANK SORRENTINO, ESQ.
Nevada Bar #000421
ANTHONY V. SORRENTINO, ESQ.
Nevada Bar #000420
1118 East Carson Avenue
Las Vegas, Nevada 89101
Nevada Bar 000421
Attorney for Debtor(s)

RECEIVED AND FILED

2000 MAY -4 PM 12: 02

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In the matter of:  )  BK-S 98-21189-RCJ
 )  Chapter 7 Proceedings
**ALTHA O. SMITH**  )
 )
 )
 )
        Debtor(s).  )
 )

## NOTICE OF ADDRESS CHANGE

TO: ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that ALTHA O. SMITH has a change of address. Her address is as follows:

4520 Arrowroot Avenue
Las Vegas, NV 89110

DATED this 3 day of May, 2000.

LAW OFFICE OF FRANK SORRENTINO

By: _____
RICHARD C. NEWARK, ESQ.
Attorney for Debtor(s)

LAW OFFICE OF
FRANK SORRENTINO

1118 E. CARSON
LAS VEGAS, NV 89101
(702) 384-6824
FAX (702) 384-7116